**DISMISS; and Opinion Filed October 3, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01169-CV

### IN RE CARLISLE COATINGS & WATERPROOFING, INC., Relator

**Original Proceeding from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 401-02576-2014**

## MEMORANDUM OPINION

Before Justices O'Neill, Lang, and Brown
Opinion by Justice Brown

Relator moves to dismiss its petition for writ of mandamus pursuant to settlement stating that the parties have resolved all matters in dispute with respect to this petition for writ of mandamus and that the trial court's order that is the subject of the petition has been vacated and dismissed by agreement of the parties. We have today granted the motion to dismiss the petition for writ of mandamus. Accordingly, the petition for writ of mandamus is hereby **DISMISSED**.

/Ada Brown/
ADA BROWN
JUSTICE

141169F.P05